**UNITED STATES DISTRICT COURT**

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Leslie Roberts (USMS# 19733-004) DEFENDANT | CASE NUMBER: 1:14-20884-Williams<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/11/2014 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   Mail Fraud
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: English
7. Year of Birth: 1962
8. Defendant has retained counsel: ☐ No

   ☐ Yes Name: ________ Phone Number: ________
9. Name of Pretrial Services Officer notified: ________
10. Remarks (if any): Surrender
11. Name: S/A R. Griczy (please print)
12. Office Phone Number: ________
13. Agency: FBI
14. Signature: ________
15. Date: ________