**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-20884-CR-WILLIAMS**

**UNITED STATES OF AMERICA,**

**v.**

**LESLIE ROBERTS,**

**Defendant.**
**________________________________/**

**MOTION FOR DOWNWARD DEPARTURE PURSUANT**
**<u>TO U.S.S.G. § 5K1.1</u>**

Pursuant to United States Sentencing Guidelines, Section 5K1.1, the United States of America hereby moves for a 33% reduction in the sentencing guideline range of defendant Leslie Roberts, in order to reflect his substantial assistance in the prosecution of Britney Roberts and Leslie Roberts III, case numbers 15-20187-CR-KING and 15-20049-CR-COOKE, respectively. In support of this motion, the United States submits the following:

1. On February 5, 2015, defendant Leslie Roberts plead guilty to an information, charging him with one count of mail fraud, in violation of Title 18, United States Code, Section 1341 (DE1;14). These charges stemmed from Roberts's role in a conspiracy to defraud customers of his art gallery, Max in the Grove, by selling them (or, in the case of consignment clients, returning to them) forged artworks by the popular artist, P.M.

2. As part of his plea agreement, which was signed prior to the filing of the information, Roberts agreed to cooperate with the government in connection with the investigation into the forgers of this fraudulent P.M. artwork, Leslie Roberts III and Britney Roberts, Roberts's son and daughter.

3. Roberts met with the government on several occasions, during which he provided information on the forgers. Under the supervision of law enforcement, Roberts also proactively cooperated against the forgers by setting up a new, fictitious deal to sell forgeries.

4. Leslie Roberts III and Britney Roberts have each been charged and convicted of similar charges.

5. The United States will provide additional details regarding Roberts's cooperation at his sentencing hearing on June 15, 2015.

6. Because Roberts's cooperation led to the successful prosecution of two defendants, the United States respectfully submits that he has provided substantial assistance, entitling him to a 33% downward departure, pursuant to Section 5K1.1 of the U.S. Sentencing Guidelines.

## CONCLUSION

Based on the foregoing, the United States respectfully recommends that this Court reduce Leslie Roberts's sentence by 33%.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/Amanda Perwin*

Amanda Perwin
Assistant United States Attorney
Florida Bar No. 46814
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9061
Fax: (305) 530-7976
Amanda.Perwin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2015, a true and correct copy of the foregoing was filed with the Court using CM/ECF.

*s/Amanda Perwin*
Amanda Perwin
Assistant United States Attorney