UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
Plaintiff,
v.

LESLIE ROBERTS,
Defendant.
________________________________/

**NOTICE OF FILING DEFENDANT'S DOCTOR'S LETTER**

The Defendant, LESLIE ROBERTS, by and through the undersigned counsel, respectfully files the following for review:

A. Doctor's Letters, *attached hereto.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Office of the United States Attorney**, 99 N.E. 4th Street, Miami, Florida 33132 on this 15th day of June, 2015.

Respectfully submitted,

By: *Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No. 0119490
Attorney for the Defendant
100 N. Biscayne Blvd. Suite 1300
Miami, FL 33132
Tel.: 305-536-6177
Fax: 305-536-6179

f a d c

FLORIDA ACADEMIC DERMATOLOGY CENTERS

Dr. Francisco A. Kerdel, M.D.
Dr. Martin N. Zaiac, M.D.
Dr. Frank Don, M.D.
Christina Kerdel Don, PA-C, MCMSc

836 Ponce De Leon Blvd, Suite 204
Coral Gables, Florida 33134
tel: 305 324 2110
fax: 786 476 2693 • 305 325 0919
www.floridaacademicdermcenter.com

May 5, 2015

To whom it may concern,

This serves to confirm that Mr. Leslie Roberts, who is a patient of mine, is currently on a long-term clinical trial for his chronic severe psoriasis. Without this treatment his condition will rapidly worsen making daily living activities difficult. He is currently very well controlled.

Sincerely,

Francisco A.Kerdel, M.D.

Dermatologist