UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
Plaintiff,
v.

LESLIE ROBERTS,
Defendant.
_______________________________/

**DEFENDANT'S MOTION FOR RECONSIDERATION OF CONTINUANCE OF SURRENDER**

The Defendant, LESLIE ROBERTS ("Roberts"), by and through the undersigned counsel respectfully files this Motion for Reconsideration of Continuance of Surrender and in support thereof states as follows:

1. Roberts is scheduled to surrender on September 14, 2015.

2. Undersigned counsel initially requested for the surrender to be continued until after his restitution hearing.

3. Understanding that the initial request has been denied, undersigned counsel respectfully asks the Court to reconsider the continuance of the surrender by one (1) week to allow for Roberts to undergo his dental surgery.

4. Accordingly, Robert's seeks for this court to allow him to extend his surrender to September 21, 2015.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant the Defendant's Motion for Reconsideration of Continuance of Surrender and enter an Order in accordance herewith.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Amanda Perwin, Assistant United States Attorney, Office of the United States Attorney**, 99 N.E. 4th Street, Miami, Florida 33132 on this 10th day of September, 2015.

Respectfully submitted,

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No. 0119490
Attorney for the Defendant
100 New World Tower
Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
Plaintiff,
v.

LESLIE ROBERTS,
Defendant.
______________________________/

**ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION FOR CONTINUANCE OF SURRENDER**

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Motion for Reconsideration of Continuance of Surrender and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion for Reconsideration of Continuance of Surrender is hereby______________________.
The Defendant's surrender date in this matter is hereby_______________________________.

**DONE AND ORDERED** in Miami, this _________ day of ________________ 2015.

________________________________________
THE HONORABLE KATHLEEN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

cc: Michael Mirer, Esq.
Amanda Perwin, AUSA