AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LESLIE ROBERTS

**EXHIBIT AND WITNESS LIST**

Case Number: 14-20884-CR-WILLIAMS

| PRESIDING JUDGE<br>JONATHAN GOODMAN | PLAINTIFF'S ATTORNEY<br>CHRISTOPHER B. BROWNE | DEFENDANT'S ATTORNEY<br>MICHAEL MIRER |
|---|---|---|
| TRIAL DATE(S)<br>AUG. 8, 2018 | COURT REPORTER | COURTROOM DEPUTY<br>MICHAEL SANTORUFO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/8/18 | | ✓ | BOND CONDITIONS [ECF NO. 70] |
| 2 | | 8/8/18 | | ✓ | SECOND AMENDED JUDGMENT [ECF NO. 59] |
| 3 | | 8/8/18 | | ✓ | MINUTE ORDER RE: BOND [ECF NO. 69] |
| 4 | | 8/8/18 | | ✓ | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| 5 | | 8/8/18 | | ✓ | PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION |
| 6 | | 8/8/18 | | ✓ | RESTITUTION PAYMENT HISTORY |
| 7AR | | 8/8/18 | | ✓ | TEXT MESSAGES BETWEEN DEFENDANT AND G.H. (EXHIBITS 7A THROUGH 7R) |
| 8 | | 8/8/18 | | ✓ | EUROPEAN FASHION OUTLET LLC CHECK |
| 9 | | 8/8/18 | | ✓ | VIA WORLD ART GALLERY LLC CHECK |
| 10 | | 8/8/18 | | ✓ | GROVE FINE ART LLC CHECK |
| 11 | | 8/8/18 | | ✓ | ARTICLES OF ORGANIZATION FOR VIA WORLD ART GALLERY LLC |
| 12 | | 8/8/18 | | ✓ | ANNUAL REPORT FOR EUROPEAN FASHION OUTLET LLC |
| 13 | | 8/8/18 | | ✓ | ARTICLES OF ORGANIZATION FOR GROVE FINE ART LLC |
| 14 | | 8/8/18 | | ✓ | ANNUAL REPORT FOR VIA ART GALLERY INC |
| 15 | | 8/8/18 | | ✓ | CORPORATE AMENDMENT FOR VIA ART GALLERY INC |
| 16 | | 8/8/18 | | ✓ | FIRST AMENDED JUDGMENT [ECF NO. 50] |
| 17 | | 8/8/18 | | ✓ | JUDGMENT [ECF NO. 37] |
| 18 | | 8/8/18 | | ✓ | JULY 17, 2018 E-MAIL TO DEFENSE COUNSEL |
| 19 | | 8/8/18 | | ✓ | Amended Judgement d.e. 50 |
| | | | | | Special Agent Robert Giczy |
| | | | | | Sr. Probation Officer Betty Menendez-Aponte |
| | | | | | Probation Officer Kip Jackson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 14 - 20884 CR Williams

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☑ OTHER= Exhibits 1-19