Case 1:14-cr-20884-KMW   Document 69   Entered on FLSD Docket 07/11/2018   Page 1 of 1

# MINUTE ORDER

Page 10

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3   7 PM33-004      Date: 7/10/18     Time: 1:30 p.m.

Defendant: Leslie Roberts          J#: Summons     Case #: 14-20884-Cr-Williams

AUSA: Christopher Browne                 Attorney: Michael Mirer (Perm)

Violation: Supervised Release Violation          Surr/Arrest Date: 7/10/18     YOB:

Proceeding: Initial Appearance                    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:

Bond Set at:                                      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☑ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☑ Other: Comply w/previous set Bond Conditions

Language: English

Disposition: Advised

50 K 10% w/wife Silvia Roberts, Co-Signer

2 days to deposit funds into court registry.

All Further Proceedings Before District Judge.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:       Time:       Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:13:54                          Time in Court: 8          Ma

s/

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 3