Case: 1:14-cr-20884, Document: 74, Filed: 07-19-2018, Page 1 of 1

PS8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20884-CR-WILLIAMS

United States of America

Vs

Leslie Roberts

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COME NOW Kip Jackson, U.S PROBATION OFFICER, presenting an official report upon the conduct of defendant **Leslie Roberts**, who was placed under pretrial release supervision by the Honorable Jonathan Goodman, sitting in the Court at Miami, FL, on July 10, 2018, under the following conditions: 1) Not to encumber property and 2) Comply with previous set bond and all supervised release conditions.

Respectfully presenting petition for action of Court and for cause as follows:

On or about July 11 – 13th, 2018 the defendant continued to engage in the art business, specifically by negotiating the sale and delivery of a $75,000 Basquiat painting and offering to sell a buyer artworks by Jeff Koons, in direct violation of his terms of supervised release.

**PRAYING THAT THE COURT WILL ORDER** the defendant brought before the Court for a hearing to determine if this bond should be revoked 18 U.S.C. § 3148.

ORDER OF COURT

Considered and ordered this 19th day of July, 2018 and ordered filed and made a part of the records in the above case.

United States Magistrate Judge
Jonathan Goodman

I declare under penalty of perjury that the Foregoing is true and correct.

Executed on   July 18, 2018

Kip Keino Jackson
Jul 18 2018 9:26 AM

Kip Jackson
U.S. Probation Officer

Olga I Sinha
2018.07.18
09:00:10 -04'00'

Place:  Miami, Florida



AO386-C
GOVERNMENT EXHIBIT
CASE NO.   14-20884-CR-KMW
EXHIBIT NO.   4

United States Government
**MEMORANDUM**

**DATE:** July 18, 2018

**FROM:** Kip Jackson
United States Probation Officer
Miami, FL
Office: (305) 523-5423
Cell: (305) 302-1568

*Kip Keino Jackson*
*Jul 18 2018 9:27 AM*

**CONFIDENTIAL**
**DO NOT FILE DO NOT SCAN**
**RETURN TO PROBATION**

**SUBJECT:** ROBERTS, Leslie
Docket No.: 14-20884-CR-WILLIAMS
SD/FL PACTS No.: 1528

**TO:** The Honorable Jonathan Goodman
United States Magistrate Judge
Miami, FL

## VIOLATION MEMORANDUM
## REQUEST FOR PETITION AND WARRANT

### PRESENT COURT STATUS

The defendant is charged with violation of supervised release. On July 10, 2018, the defendant appeared before Your Honor, and was released on a $50,000 10% bond cosigned by his wife, Sylvia Castro. The following bond conditions were imposed: The defendant shall 1) not to encumber property and 2) comply with previous set bond and all supervised release conditions.

The defendant is pending a Final Revocation Hearing.

### NATURE OF VIOLATION

On July 13, 2018, this officer received information from Federal Bureau of Investigation Special Agent (SA) Robert Giczy stating the defendant continued to engage in the art business after he was released on bond. SA Giczy explained the defendant had been engaging in an art sale on or about July 11 – 13, 2018 by negotiating the sale and delivery of a $75,000 Basquiat painting. The defendant failed to deliver the Basquiat painting to the buyer and instead offered a refund of $60,000. Throughout this art sale the buyer stated the defendant had been using an alias of "Howard Roberts" to engage in art or painting sales. Lastly, the defendant also offered to sell the buyer additional artworks by artist Jeff Koons.

### SUPERVISION ADJUSTMENT

The defendant resides with his wife, Silvia Castro at 1080 Brickell Avenue, Miami, FL, 33131. The defendant is a driver for Uber, Inc. and his wife's company, European Fashion Outlet, LLC.

The Honorable Jonathan Goodman
United States Magistrate Judge
Miami, FL
July 18, 2018
Page 2

                RE: **ROBERTS, Leslie**
                    **Docket No.: 14-20884-CR-WILLIAMS**
                    **SD/FL PACTS No.: 1528**

## RECOMMENDATION

  It is respectfully recommended that a warrant be issued and the defendant brought before the Court for a hearing to determine if his bond should be revoked, pursuant to 18 U.S.C. § 3148. Enclosed for Your Honor's consideration is a Petition for Court Action and a Warrant for the arrest of the defendant.

                Respectfully Submitted,

Reviewed and Approved:

*Olga d. Sinha* Olga I Sinha
       2018.07.18 08:59:56
       -04'00'

Olga Sinha, Supervisory
United States Probation Officer
(305) 523-5431

cc: The Honorable Kathleen M. Williams, United States District Judge
   Christopher B. Browne, Assistant United States Attorney

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.

Leslie Roberts
*Defendant*

Case No. 14-20884-CR-WILLIAMS

## ARREST WARRANT

To: **The United States Marshal
and any authorized law enforcement officer**

YOU ARE HEREBY COMMANDED to arrest Leslie Roberts and bring him/her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice

☒ Pretrial Services Violation Petition

charging him/her with Bond Violation, in violation of Title 18 United States Code, Section 3148.

No bond is recommended by U.S. Probation Officer Kip Jackson.

Bail fixed at: No Bond /19

Date: 7-19-2018

City and state: Miami FL

*Issuing Judicial officer's signature*

Jonathan Goodman
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

cc: United States Probation Office
    United States Marshal Service