PROB 12C                                                                                      SD/FL PACTS No. 1528
(SD/FL 3/05)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-20884-CR-WILLIAMS

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Leslie Roberts

Name of Sentencing Judicial Officer: The Honorable Kathleen M. Williams United States District Judge, Miami, Florida

Date of Original Sentence: June 15, 2015

Original Offense:   Mail Fraud, 18 U.S.C. § 1341, a Class C Felony

Original Sentence:  Twenty-two (22) months custody of the Bureau of Prisons, three years of supervised release. Special conditions include the defendant shall: 1) obtain prior written approval from the Court before entering into any self-employment; 2) not apply for, solicit, or incur any further debt and 3) not own, operate, act as a consultant, be employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. A $100 special assessment was ordered. The Restitution was deferred.

March 6, 2016: Twenty-two (22) months custody of the Bureau of Prisons, three years of supervised release. Special conditions include the defendant shall: 1) obtain prior written approval from the Court before entering into any self-employment; 2) not apply for, solicit, or incur any further debt and 3) not own, operate, act as a consultant, be employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. A $100 special assessment was ordered. Restitution was ordered in the amount of $175,800.00.

Type of Supervision: Supervised Release         Date Supervision Commenced: April 17, 2017

Assistant U.S. Attorney:                          Defense Attorney:
Amanda Perwin                                     Michael Perry Mirer
99 NE 4th St
Miami, FL, 33132
Office: 305-961-9061                              Miami, FL
Email: Amanda.perwin@usdoj.gov                    Office:
                                                  Email:



**GOVERNMENT EXHIBIT**
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 5

### PETITIONING THE COURT

☐  To issue a warrant
☒  To issue a summons

PROB 12C                                                                                           SD/FL PACTS No. 1528
(SD/FL 3/05)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The defendant's May 2017 until March 2018, Monthly Supervision Report, contained false information regarding monthly income from Uber in the amount of $1,233.14, when in fact, evidence and statements submitted by the defendant support his monthly incomes varies with Uber. |
| 2. | **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The defendant's April 2018, Monthly Supervision Report, contained false information regarding monthly income from Uber in the amount of $1,233.14, when in fact, evidence and statements submitted by the defendant by way of a self-created Uber Driver Report in the amount of $1,800 indicate this to be false. |
| 3. | **Violation of Standard Condition,** by failing to answer truthfully all inquiries by the probation officer. On May 22, 2018, the defendant submitted an April 2018 Uber Driver Report, which he knows, was not an original document from Uber. |
| 4. | **Violation of Standard Condition,** by failing to follow the instructions of the probation officer. On May 24, 2018, the defendant failed to submit Uber receipts to verify and support April 2018 Uber Driver Report from the defendant, as directed. |
| 5. | **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The defendant's May 2018, Monthly Supervision Report, contained false information regarding monthly income from Uber in the amount of $1,233.14, when in fact, evidence and statements submitted by Uber Receipts for all of May in the amount of $93.00 indicate this to be false. |
| 6. | **Violation of Special Condition,** by engaging in self-employment without the prior approval of the Court. On or about May 9, 2018, the defendant was employed in the capacity of a driver for his wife, Silvia Castro's company, European Fashion Outlet, LLC without the approval of the Court. |
| 7. | **Violation of Special Condition,** by engaging in self-employment without the prior approval of the Court. On or about August 2018, the defendant was employed in the capacity of owner and/or authorized personnel for Via World Art Gallery LCC without the approval of the Court. |
| 8. | **Violation of Special Condition,** by engaging in self-employment without the prior approval of the Court. On or about March, 2018, the defendant was employed in the capacity of owner and/or authorized personnel for Grove Fine Art LCC without the approval of the Court. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 1528

9. **Violation of Special Condition,** by applying for, soliciting or incurring further debt without first obtaining permission of the U.S. Probation Officer. On or about March 29, 2017, the defendant made an application for credit at Midland Funding LLC, and was given a line of credit in the amount of $1,448.00, as evidenced by Credit Bureau Investigation, without first obtaining the permission from the United States Probation Officer.

10. **Violation of Special Condition,** by applying for, soliciting or incurring further debt without first obtaining permission of the U.S. Probation Officer. On or about January 6, 2017, the defendant made an application for credit at Capital One Auto Finance, and was given a line of credit in the amount of $26,815, as evidenced by Credit Bureau Investigation, without first obtaining the permission from the United States Probation Officer.

11. **Violation of Special Condition,** by applying for, soliciting or incurring further debt without first obtaining permission of the U.S. Probation Officer. The defendant made a recent credit card transaction in April 2018 with the Capital One Auto Finance, as evidenced by Credit Bureau Investigation, without first obtaining the permission from the United States Probation Officer.

12. **Violation of Special Condition,** by applying for, soliciting or incurring further debt without first obtaining permission of the U.S. Probation Officer. On or about April 18, 2013, the defendant made an application for credit at Capital One Bank USA, and was given a line of credit in the amount of $500.00. However, the defendant made a recent credit card transaction in May 2018 in the amount of $302.00, as evidenced by Credit Bureau Investigation, without first obtaining the permission from the United States Probation Officer.

13. **Violation of Special Condition,** by applying for, soliciting or incurring further debt without first obtaining permission of the U.S. Probation Officer. On or about June 24, 2017, the defendant made an application for credit at NCB Management Service, and was given a line of credit in the amount of $3,060.00, as evidenced by Equifax, without first obtaining the permission from the United States Probation Officer.

14. **Violation of Special Condition,** by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about March 10, 2017, the defendant did engage in the business of Via World Art Gallery LLC contrary to the instructions of the U.S. Probation Officer, as evidenced by Electronic Articles of Organization For Florida Limited Liability Company and as well as by his own admission on May 19, 2018, in which he stated he advises his wife on which pieces of art to purchase for the gallery.

PROB 12C  
(SD/FL 3/05)             SD/FL PACTS No. 1528

15. **Violation of Special Condition**, by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about September 24, 2017, the defendant did engage in the business of Grove Fine Art contrary to the instructions of the U.S. Probation Officer, as well as, by his own admission on May 19, 2018, in which he stated he advises his wife on which pieces of art to purchase for the gallery.

16. **Violation of Special Condition**, by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about August 2017, the defendant did engage in the business of art sales contrary to the instructions of the U.S. Probation Officer, as evidenced by documentation provided by Special Agent Giczy and, as well as, by his own admission on May 19, 2018 in which he stated he advises his wife on which pieces of art to purchase for the gallery.

17. **Violation of Special Condition**, by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about August 2017, the defendant did engage in the business of painting sales contrary to the instructions of the U.S. Probation Officer, as evidenced by documentation provided by Special Agent Giczy and, as well as, by his own admission on May 19, 2018 in which he stated he advises his wife on which pieces of art to purchase for the gallery .

18. **Violation of Special Condition**, by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about August 2017, the defendant did engage in the business of art sales contrary to the instructions of the U.S. Probation Officer, as evidenced by documentation provided by Special Agent Giczy and, as well as, by his own admission on May 19, 2018 in which he stated he advises his wife on which pieces of art to purchase for the gallery.

19. **Violation of Special Condition**, by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about November 2017, the defendant did engage in the business of art sales contrary to the instructions of the U.S. Probation Officer, as evidenced by documentation provided by Special Agent Giczy and, as well as, by his own admission on May 19, 2018 in which he stated he advises his wife on which pieces of art to purchase for the gallery.

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 1528

**20.**   **Violation of Special Condition,** by owning, operating, acting as a consultant, being employed in, or participate in any manner, in any art or painting sales or related concerns during the period of supervision. On or about March 2018, the defendant did engage in the business of art sales contrary to the instructions of the U.S. Probation Officer, as evidenced by documentation provided by Special Agent Giczy and, as well as, by his own admission on May 19, 2018 in which he stated he advises his wife on which pieces of art to purchase for the gallery.

United States Probation Officer Recommendation:

The term of supervision should be
- ☒ revoked.
- ☐ extended for _____ years, for a total term of _____ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2018

*Kip Jackson*   Kip Keino Jackson
               Jun 19 2018 2:45 PM

Kip Jackson
United States Probation Officer
Office:  305-523-5423      *Betty Menendez-Aponte*
Cellular: 305-302-1568      Jun 19 2018 2:38 PM

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

_____
Date