Verizon 7:49 AM

HR

Howard

Thu, Jun 7, 11:59 AM



Have these Warhol's for sell in my gallery if your interested

Prices?



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7A

Verizon 7:49 AM

HR

Howard

There mint perfect

Taking offers

Prices please client won't make offers.

I have One person who may buy all 3

Same day decision

80k

For all 3? Ok give me today let me see if I am reach him

Yes

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7B

Verizon 7:49 AM

HR

Howard

I couldn't convince my client on it

Thu, Jun 7, 2:10 PM

That price you offered me is way off

They are worth 30 15 and 15. Every auction result at this level or below

What are the individual prices?

I sent out to my clients just now
40
20
20



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7C

Verizon 7:49 AM

HR

Howard

If I can find them

There hard to find cheap

Tue, Jul 10, 6:24 PM

Hey. How much as the koons animals?

38k

And individually?

Rabbit 14000
Swan 12000
Monkey 12000

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7D

Thanks

Verizon 7:49 AM

HR

Howard

Call me. Have a question about this koons deal.

Ok 30 min

Wed, Jul 11, 1:03 PM

Don't do anything silly. Be smart here and sort this out.

Wed, Jul 11, 2:24 PM






AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7E

Verizon 7:49 AM

HR

Howard

Thanks. How much is the no reply?

?

95 pp
82 for regular set

England winning

1-0

Great

Hope they win

Silvia and I were very happy to meet you today



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7F

Verizon 7:50 AM

HR

Howard

He called me again he's saying he's has the Kaws originals and Can ask Pharrell

Send me images

I haveppl for them

Ok

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7G

Wed, Jul 11, 6:12 PM

Do you have a pdf of the banksy book for keep it real?

Have a client asking for provenance they are interested

Verizon 7:50 AM

HR

Howard

Let me know if you want me to pick up my animals Koons sets too

Will do waiting to hear from client

Ok 👌

Thu, Jul 12, 12:13 PM

Hi Guy
Pharrell guys are going to meet me tonight around 8 pm I'll keep you updated
Do you want to meet tomorrow at the gallery?
And do you need me to ship the Koons to Jennifer?

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7H

Verizon 7:50 AM

HR

Howard

Good evening Guy
I wanted all night for these guys there at a high end restaurant right now with some of the Miami Heat players he told and will come tomorrow afternoon
If you want I'll wire you 60k in the morning to cover the basquiat
Once I get the basquiat in my hands I'll text you ASAP
What do you think
Howard

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7I

Fri, Jul 13, 11:36 AM

Ok well I am into it for more

Verizon 7:50 AM

HR

Howard

[redacted]
Beverly Hills, CA 90212
Account Name: 10012 Holdings INC.
Account: [redacted]
Routing: [redacted]
SWIFT [redacted]

Tony only gave me 60 for Ernok
Do you want me to wire 28,000
And send the ankle bracelet
today

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7J

Yes but you owe Tony 40. He's not going to refund me in full until you deliver his pieces. This way it will stop him hassling you and fixes everything for the moment. Then once Ernok arrives we wire for the ankle bracelet and

Verizon 7:50 AM

HR

Howard

No I sent his Pinocchio to Taiwan and piranhas to London and his Pinocchio is pee ordered and coming in with my

Yes I want to resolve everything
And especially make you happy
Lebron James it here in Miami
With all these guys
If your on the beach you might see them

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7K

Ok then please send me 60k now and then o speak to him.

Niki beach

Verizon 7:50 AM

HR

Howard

Thank you.

And I'll text you tonight when they show up

Thank you

Fri, Jul 13, 3:07 PM



APOLLO BANK

Fax Numbers:

786-364-0196
305-274-4845

**Wire/Funds Transfer Order**

e undersigned originator requests payment to
made to the beneficiary or account number
med below. To the extent not prohibited by law,
e undersigned agrees that this wire transfer is
evocable and that the sole obligation of Apollo
nk is to exercise ordinary care in processing this
re transfer and that it is not responsible for any
sses or delays which occur as a result of any
her party's involvement in processing this
nsfer.

TO BE COMPLETED BY THE CUSTOMER REQUESTING THE WIRE TRANSFER ORDER

Date of Request: 7/13/2018

Wire Dollar Amount $ 60,000.00 Reduce Wire Amt by Fee ☐

Currency Type: USD

ORIGINATOR DATA

Sender's Name: Grove Fine Art LLC

Addres[redacted] Main St #20

Miami, FL 33133

Phone Number: [redacted]

Account No. to Debit: [redacted]

✓ Sender's Signature: Howard Robert

✓ Signature:

BENEFICIARY BANK DATA

ABA Routing/Swift N[redacted]

Name of Institution: First Republic Bank

Branch, if applicabl[redacted] Wilshire Blvd. Beverly Hills, CA 90212

BENEFICIARY DATA

AO386-C

GOVERNMENT EXHIBIT

CASE NO. 14-20884-CR-KMW

EXHIBIT NO. 7L

Verizon 7:51 AM

HR

Howard

Informed By:
(Cannot be the person approving the request)
( ) Branch ( ) CBC

ABA Routing/Swift No.:

Name of Institution:

**Sandra Avila**

**From:** [redacted]@gmail.com>
**Sent:** Friday, July 13, 2018 1:21 PM
**To:** Sandra Avila
**Subject:** Bank wire

Please wire 60,000 USD
To

10012 HOLDINGS INC ACCOUNT
First Republic Bank
[redacted] Wilshire Blvd.
Beverly Hills, CA 90212
Account Name: 10012 Holdings INC.
Account: [redacted]
Routing: [redacted]
SWIFT [redacted]

From Grove Art account

Purchase Basquiat

Thank you
Howard Roberts
Director
Grove Fine Art

1

Wire completed



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7M

Verizon 7:51 AM

HR

Howard

will call you. You have 10000% percent nothing to worry about the deposit. We leave the Bora resort tonight.

You keep saying every night and nothing happens

Ok

So are saying 100 percent your bring it tonight?

?

Yes

Thank you see you later

Delivered

Your welcome

This is my text I started at 7 Am this morning

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7N

Verizon 7:51 AM

HR

Howard




TO BE COMPLETED BY THE CUSTOMER REQUESTING THE WIRE TRANSFER ORDER

16

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 14-20884-CR-KMW

EXHIBIT NO. 70

Verizon 7:51 AM

HR

Howard

Hi Guy
I returned the funds ASAP this morning
I'm trying to get a refund too from that guy
I waited until 1 Am last night at the gallery
Here's proof of the wire

I meant for the Ernok. Still nothing?

Same guy
I sent him 183k June 29

I told him I'm calling the police today

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7P

Verizon 7:51 AM

HR

Howard

Can you send the ankle bracelet to the gallery in NY and send me an invoice please for it

Yes

Thank you

Lmk if basquiat shows up

I have the ankle bracelet in my hands

Yes I saw it

I'm so upset with this guy

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7Q

Verizon 7:51 AM

HR

Howard

back

From the seller

You should if he's not delivering

Tue, Jul 17, 3:10 PM

Silvia said to call her if you want to purchase the Kaws [redacted] I'm not helping her anymore it's her gallery Please try and understand her English I can't translate for her Anymore

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7R

It's not your piece?

Read 7/17/18