SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**EUROPEAN FASHION OUTLET LLC**
**DBA VIA ART GALLERY**
[redacted]
MIAMI, FL [redacted]

1221

63-751/631 10810

Date 8-16-17

Pay To The Order of Gallery Art $ 10,000

Ten Thousand Dollars Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For

Leslie Robert

MP

Details on Back.

Security Features Included

⑈000001221⑈ ⑆063107513⑆ [redacted] 3079⑈

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 8