**VIA WORLD ART GALLERY LLC**
[redacted]
COCONUT GROVE, FL [redacted]

1114
63-1508/660

8-23-17
Date

PAY to the order of Gallery Art $ 1600.00

One Thousand Six hundred —— Dollars

Photo Safe Deposit® Details on back

APOLLO BANK
1150 South Miami Avenue
Miami, Florida 33130

For

[signature] MP

⑆066015084⑆ [redacted] 9547⑈ 1114

Harland Clarke
COLONIAL CLASSIC®

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 9