**GROVE FINE ART LLC**
[redacted]
MIAMI, FL [redacted]

352
63-1508/660

3-30-18
Date

CHECK ARMOR

Pay to the Order of Gallery Art $ 7500 —

Seven Thousand Five hundred — Dollars

Photo Safe Deposit® Details on back

APOLLO BANK
1150 South Miami Avenue
Miami, Florida 33130

For Jeff Koons

⑆066015084⑆ [redacted] 1713⑈ 0352

Harland Clarke

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 10