**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**
DOCUMENT# L10000011933
**Entity Name:** EUROPEAN FASHION OUTLET LLC

**FILED**
Mar 22, 2015
Secretary of State
CC3177267269

**Current Principal Place of Business:**

MIAMI BEACH, FL

**Current Mailing Address:**

MIAMI BEACH, FL

**FEI Number:** NOT APPLICABLE                          **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

ROBERTS, SILVIA

MIAMI BEACH, FL   US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
            Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail :**

| Title | MGRM | Title | MANAGER |
|---|---|---|---|
| Name | ROBERTS, SILVIA | Name | ROBERTS, LESLIE HOWARD |
| Address |  | Address |  |
| City-State-Zip: | MIAMI BEACH  FL | City-State-Zip: | MIAMI BEACH  FL |



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 12

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: **LESLIE  ROBERTS**                                            MANAGER                     03/22/2015
            Electronic Signature of Signing Authorized Person(s) Detail                                      Date