# Electronic Articles of Organization For Florida Limited Liability Company

L17000198547
FILED 8:00 AM
September 25, 2017
Sec. Of State
jafason

## Article I

The name of the Limited Liability Company is:

GROVE FINE ART LIMITED LIABILITY COMPANY

## Article II

The street address of the principal office of the Limited Liability Company is:

[redacted]
MIAMI, FL. [redacted]

The mailing address of the Limited Liability Company is:

[redacted]
MIAMI, FL. [redacted]

## Article III

Other provisions, if any:

ART GALLERY COLLECTIBLES SHOP

## Article IV

The name and Florida street address of the registered agent is:

SILVIA H ROBERTS
[redacted]
MIAMI, FL. [redacted]

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: SILVIA ROBERTS

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 13

L17000198547
FILED 8:00 AM
September 25, 2017
Sec. Of State
jafason

## Article V

The name and address of person(s) authorized to manage LLC:

Title: MGR
SILVIA ROBERTS
[redacted]
MIAMI, FL. [redacted]

## Article VI

The effective date for this Limited Liability Company shall be:

09/19/2017

Signature of member or an authorized representative

Electronic Signature: SILVIA ROBERTS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.