**2017 FLORIDA PROFIT CORPORATION REINSTATEMENT**

DOCUMENT# P15000029265

**Entity Name:** VIA ART GALLERY INC

**Current Principal Place of Business:**

[redacted]
MIAMI , FL [redacted]

**FILED**
**Sep 30, 2017**
**Secretary of State**
**CR0042425950**

**Current Mailing Address:**

[redacted]
MIAMI , FL [redacted] US

**FEI Number:** 47-3609655

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CASTRO, SILVIA
[redacted]
MIAMI , FL [redacted] US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SILVIA CASTRO 09/30/2017

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT |
| Name | CASTRO , SILVIA |
| Address | [redacted] |
| City-State-Zip: | MIAMI FL [redacted] |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SILVIA CASTRO PRESIDENT 09/30/2017

Electronic Signature of Signing Officer/Director Detail — Date

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 14