P15000029265

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _______ Certificates of Status _______

Special Instructions to Filing Officer:

Office Use Only

100305944761

11/30/17--01017--009 **35.00

FILED
17 NOV 30 PM 2:19
SECRETARY OF STATE
TALLAHASSEE FLORIDA

010 Res.
R. WHITE
DEC 01 2017

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 15

# TRANSMITTAL LETTER

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Via Art Gallery Inc
(Name of Corporation)

**DOCUMENT NUMBER:** P15000029265

The enclosed Officer/Director Resignation for a Corporation and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Howard Roberts
(Name of Person)

(Name of Firm/Company)

[redacted]
(Address)

Miami Fl [redacted]
(City/State and Zip Code)

For further information concerning this matter, please call:

Howard Roberts
(Name of Person)

a[redacted]
(Area Code & Daytime Telephone Number)

Enclosed is a check for $35.00 made payable to the Florida Department of State.

**Mailing Address:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Amendment Section
Division of Corporations
2661 Executive Center Circle
Tallahassee, FL 32301

# OFFICER / DIRECTOR RESIGNATION FOR A CORPORATION

I, Silvia Castro, hereby resign as President
(Title)

of Via Art Gallery Inc,
(Name of Corporation)

P15000029265, a corporation organized under the laws of the State of
(Document Number, if known)

Florida.

(Signature of resigning officer/director)

FILED
17 NOV 30 PM 2:19
SECRETARY OF STATE
TALLAHASSEE FLORIDA

**FILING FEE IS $35.00**

**Make checks payable to Florida Department of State and mail to:**

Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314