**Browne, Christopher (USAFLS)**

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 18

**From:** Browne, Christopher (USAFLS)
**Sent:** Tuesday, July 17, 2018 10:52 AM
**To:** 'Michael Mirer'
**Subject:** RE: Les Roberts

Yes, according to the buyer who was interviewed by FBI.

**From:** Michael Mirer <[redacted]>
**Sent:** Tuesday, July 17, 2018 10:49 AM
**To:** Browne, Christopher (USAFLS) <CBrowne@usa.doj.gov>
**Subject:** Re: Les Roberts

Chris this was after he posted bond?

Michael Mirer, Esquire
Law Office of Michael Mirer, P.A.
New World Tower
[redacted]
Miami, FL [redacted]
Telephone [redacted]
Facsimile [redacted]
Web address [redacted]

Confidentiality Notice: This e-mail message, including its attachments, is intended solely for the addressee(s) named above. It may contain privileged, confidential and/or proprietary information. If you are not the intended recipient, do not read, copy, or distribute it or any of the information it contains. Please notify the sender immediately by replying to this e-mail or calling 305-536-6177, that you have
this message. Then please delete this message and all attachments and any copies on your system.

Thank you.

On Jul 17, 2018, at 10:36 AM, Browne, Christopher (USAFLS) <Christopher.Browne@usdoj.gov> wrote:

> Hi Michael, I can give you everything I have by the end of the week.
>
> I was just notified that Roberts immediately violated his bond (and supervised release) conditions by engaging in the art business last week – specifically, by negotiating the sale and delivery of a $75,000 Basquiat painting, which he then failed to deliver to the buyer. The buyer met Roberts, who claimed his name was "Howard Roberts," at Roberts' Coconut Grove art gallery. Roberts previously told the buyer that "Les Roberts" was his brother and was living in North Carolina. Roberts also offered to sell the

buyer additional artworks by Jeff Koons. Roberts previously purchased Koons artworks with a company check from his gallery (see attached).

Roberts has also apparently used the "Howard Roberts" alias before – to incorporate art galleries in Florida (see attached).

I will speak to the probation office today about their position on revocation. I'm not sure whether I will have to file a motion or if probation will initiate revocation proceedings.

I'm heading into a debrief now but will be around this afternoon.

Christopher B. Browne
Assistant United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, Florida 33132
Tel: (305) 961-9419
christopher.browne@usdoj.gov

**From:** Michael Mirer [redacted]
**Sent:** Tuesday, July 17, 2018 8:26 AM
**To:** Browne, Christopher (USAFLS) <CBrowne@usa.doj.gov>
**Subject:** Les Roberts

Chris,
Hope all is well. Wondering if you could provide me discovery on the violation. I need to review with my client. This might assist in streamlining this process. Additionally, what is your position moving forward regarding the violation.

Do you have any documents provided to my client from probation on rules and regulations of probation?

Thank you,

Michael Mirer, Esquire
Law Office of Michael Mirer, P.A.
New World Tower
[redacted]
Miami, FL [redacted]
Telephone [redacted]
Facsimile [redacted]
Web address [redacted]

Confidentiality Notice: This e-mail message, including its attachments, is intended solely for the addressee(s) named above. It may contain privileged, confidential and/or proprietary information. If you are not the intended recipient, do not read, copy, or distribute it or any of the information it contains. Please notify the sender immediately by replying to this e-mail or calling 305-536-6177, that you have this message. Then please delete this message and all attachments and any copies on your system.

Thank you.

<ViaArtGallery2Sunbiz.pdf>

<ViaWorldArtGallerySunbiz.pdf>

<check2Sterile.jpg>