**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-CR-20884-KMW**

UNITED STATES OF AMERICA,
Plaintiff,

vs.

LESLIE HOWARD ROBERTS,
Defendant,

and

WELLS FARGO BANK, N.A.,
Garnishee.
_______________________________/

FILED by JAO D.C.
AUG 29 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**MOTION FOR WRIT OF GARNISHMENT**

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, the Plaintiff, the United States of America, by the undersigned Assistant United States Attorney for the Southern District of Florida, hereby applies for the issuance of a Writ of Garnishment to the Garnishee named in the caption above. In support of this Motion, the United States asserts the following:

1. On June 16, 2015, the Court imposed Judgment in a Criminal Case against the defendant, Leslie Roberts, to include an assessment in the amount of $100.00 and deferred the imposition of the restitution judgment. (D.E. 37). On March 8, 2016 an Amended Judgment in a Criminal Case was imposed against the defendant ordering him to pay restitution in the amount of $41,370.00, plus statutory interest. (D.E. 50). Finally, on October 10, 2017, another Amended Judgment in a Criminal Case was imposed modifying the restitution amount to $175,800.00, plus statutory interest. (D.E. 59).

2. Defendant has paid his $100.00 assessment and $2,400.04 has been received and credited toward the restitution judgment. To date, the judgment has not been satisfied.

3. The defendant, Leslie Roberts a/k/a Leslie Howard Roberts a/k/a Howard Roberts is a manager of European Fashion Outlet, LLC and/or European Fashion Outlet, LLC dba Via Art Gallery. The Defendant, Leslie Roberts, is the President of Via Art Gallery, Inc.. Please see records from the Florida Department of Corporations attached hereto as Composite Exhibit A. Also attached hereto is a check written from European Fashion Outlet, LLC dba Via Art Gallery on a Wells Fargo Account and signed by the Defendant, Leslie Roberts. See Exhibit B attached hereto.

4. The United States believes that the Garnishee named in the caption has in its possession, custody or control, property or assets in which Leslie Roberts and/or Leslie Howard Roberts and/or Howard Roberts and/or European Fashion Outlet, LLC and/or European Fashion Outlet, LLC dba Via Art Gallery has a substantial nonexempt interest.

4. The defendant's Social Security Number is XXX-XX-8039 and his present address is:

1080 Brickell Ave., Unit 1401
Miami, FL 33131

His previous address was:
485 Brickell Ave., Unit 1708
Miami, FL 33131

5. European Fashion Outlet, LLC's Tax Identification Number is none, and its last known address is:

5959 COLLINS AVE
APT 908
MIAMI BEACH, FL 33140

6. Via Art Gallery, Inc.'s Tax Identification Number is XX-XXX 9655, and its last known address is:

485 Brickell Ave., Unit 1708
MIAMI, FL 33131

WHEREFORE, Plaintiff, the United States of America, requests that the Clerk of this Court issue a Writ of Garnishment against Garnishee, in accordance with the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205. A proposed Writ of Garnishment is attached.

Dated: August 29, 2018

Respectfully submitted,

**BENJAMIN G. GREENBERG**
**UNITED STATES ATTORNEY**

By: ______________________
Danielle Croke
Assistant U.S. Attorney
Fla. Bar No. 0723258
99 N. E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel No. (305) 961-9420
Fax No. (305) 530-7139
E-mail: danielle.croke@usdoj.gov