**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CASE NO.: 14-CR-20884-KMW

LESLIE HOWARD ROBERTS,

Defendants,

and

WELLS FARGO BANK, N.A.,

Garnishee.
_______________________________________/

**ANSWER OF GARNISHEE AND DEMAND FOR ATTORNEYS' FEES**

Garnishee, Wells Fargo Bank, N.A. ("Garnishee"), by its undersigned attorneys, answers the Writ of Garnishment served on August 30, 2018, with respect to Defendant, Leslie Howard Roberts **(Garnishee's Reference No. 1LLG#87109218)**, as follows:

1. European Fashion Outlet, LLC, 1445 16th Street, Apt. 505, Miami, Beach, FL 33139-2185, is the owner of Safe Deposit Box Number FLWBA0078960488, located at Wells Fargo Bank MAC: Z6216-010, 750 Arthur Godfrey Road, 1st Floor, Miami, FL 33140-3450. Garnishee has retained and placed a hold on the safe deposit box pending a determination by the Court as to who has the right to open and/or examine the contents, if any, in the safe deposit box and the circumstances under which the same may be opened and examined.

2. At the time of this Answer and at the time of the service of the writ, plus one business day to allow Garnishee sufficient time to act expeditiously on the writ, and at all times between those periods, Garnishee was not and is not indebted to Defendant for any sum of money.

3. At the time of this Answer and at the time of the service of the writ, plus one business day to allow Garnishee sufficient time to act expeditiously on the writ, and at all times between those periods, Garnishee has had no other goods, money, chattels, effects or other tangible or intangible property of Defendants in its possession or control.

4. Garnishee knows of no other person who may be indebted to or who has possession or control of any tangible or intangible personal property of Defendants.

**DEMAND FOR GARNISHMENT FEE**

Garnishee has retained the undersigned attorneys to represent its interest in this matter and is obligated to pay them reasonable attorneys' fees for their services herein. Garnishee demands that Plaintiff pay its undersigned attorneys the statutory $100.00 attorneys' fee required pursuant to Florida Statutes § 77.28 and demands judgment for all additional costs and attorneys' fees incurred in this proceeding against the party liable.

**DESIGNATION OF EMAIL ADDRESSES**

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary and secondary email addresses for service of court documents: Primary email address: WF.FL.Garnishment@burr.com; Secondary email address: clane@burr.com.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I electronically filed the foregoing with the Clerk of the United States District Court, by using the District Courts E-Filing Portal system, which will send a notice of electronic filing to Clerk, United States District Court, 400 N. Miami Avenue, 8th Floor, Miami, FL 33128; Danielle Croke, Assistant U.S. Attorney, 99 N.E. 4th Street, Suite 300, Miami, FL 33132, Attorney for Plaintiff; and Michael Perry Mirer, 100 N. Biscayne Blvd., Suite 1300, Miami, FL 33132, Attorney for Defendant.

*/s/W. Patrick Ayers*
W. Patrick Ayers, Esq.
Florida Bar No: 615625
**BURR & FORMAN LLP**
One Tampa City Center, Suite 3200
201 N. Franklin Street (33602)
Post Office Box 380
Tampa, Florida 33601-0380
(813) 221-2626 (telephone)
(813) 221-7335 (facsimile)
payers@burr.com (primary)
WF.FL.Garnishment@burr.com (primary)
clane@burr.com (secondary)

Attorneys for Garnishee, Wells Fargo Bank, N.A.