**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-CR-20884-KMW**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LESLIE HOWARD ROBERTS,

Defendant.
_________________________________/

**GARNISHEE APOLLO BANK'S ANSWER TO WRIT OF GARNISHMENT**

Garnishee, APOLLO BANK ("Garnishee"), through undersigned counsel and pursuant to 28 U.S.C. § 3205, hereby files its answer to the Writ of Garnishment dated September 11, 2018 [D.E. 92] ("Writ of Garnishment").

On September 12, 2018, Garnishee, a financial institution, was served with the Writ of Garnishment concerning the Defendant, Leslie Roberts a/k/a Leslie Howard Roberts a/k/a Howard Roberts, individually; Grove Fine Art Limited Liability Company; and Via World Art Gallery, LLC.

Garnishee provides the following information pursuant to 28 U.S.C. § 3205(c)(4)(A)-(D):

**I. Defendant Leslie Roberts a/k/a Leslie Howard Roberts a/k/a Howard Roberts**

(A) Garnishee does not have in its custody, control or possession property or assets in the name of the Defendant, Leslie Roberts a/k/a Leslie Howard Roberts a/k/a Howard Roberts, individually, at the time of service of the Writ of Garnishment or at the time of this answer, or at any time between such periods.

(B) Garnishee incorporates its response to I.(A), above.

(C) Garnishee incorporates its response to I.(A), above.

(D) Garnishee incorporates its response to I.(A), above. Garnishee is not aware of any property or assets at Garnishee that will accrue in the future to or in the name of the Defendant, Leslie Roberts a/k/a Leslie Howard Roberts a/k/a Howard Roberts, individually.

**II. Grove Fine Art Limited Liability Company**

(A) Garnishee has three business accounts in the name of Grove Fine Art Limited Liability Company at Garnishee.

(B) Specifically, Garnishee is holding the amount of $16,758.22 by virtue of three business accounts in the name of Grove Fine Art Limited Liability Company (account nos. xxxx8020 in the amount of $13,217.53; xxxx5131 in the amount of $139.48; xxxx7500 in the amount of $3,401.21). Garnishee in good faith has retained the sum of $16,758.22 pursuant to 28 U.S.C. § 3205, and will continue to hold these retained funds and any additional funds deposited in these accounts, in light of the continuing nature of the Writ of Garnishment, until further Order from this Court.

(C) Garnishee is not aware of any other previous garnishments, suggestions or levies to which this property or assets are subject, or the extent to which any remaining property or assets are exempt from garnishment, suggestion or levy.

(D) Other than the retained funds in the responsive accounts identified above, Garnishee is unaware of any other property or assets at Garnishee that will accrue to Grove Fine Art Limited Liability Company in the future.

**III. Via World Art Gallery, LLC**

(A) Garnishee has a business account in the name of Via World Art Gallery, LLC.

(B) Specifically, Garnishee is holding the amount of $170.42 by virtue of a business account in the name of Via World Art Gallery, LLC (account no. xxxx8279). Garnishee in good

faith has retained the sum of $170.42 pursuant to 28 U.S.C. § 3205, and will continue to hold these funds and any additional funds deposited in these accounts, in light of the continuing nature of the Writ of Garnishment, until further Order from this Court.

(C) Garnishee is not aware of any other previous garnishments, suggestions or levies to which this property or assets are subject, or the extent to which any remaining property or assets are exempt from garnishment, suggestion or levy.

(D) Other than the retained funds in the responsive account identified above, Garnishee is unaware of any other property or assets at Garnishee that will accrue to Via World Art Gallery, LLC in the future.

WHEREFORE, Garnishee, APOLLO BANK, having answered the Writ of Garnishment, requests an order from the Court directing Garnishee as to the disposition of the funds referenced herein and retained pursuant to the Writ of Garnishment and 28 U.S.C. § 3205, releasing and discharging Garnishee from any and all liability with respect to the Writ of Garnishment for full compliance with the Writ of Garnishment, and such other relief as the Court deems just and proper.

Respectfully submitted,

AVILA RODRIGUEZ HERNANDEZ
MENA & FERRI LLP
*Counsel for Garnishee Apollo Bank*
2525 Ponce de Leon Boulevard, Suite 1225
Coral Gables, Florida 33134
Office: (305) 779-3567
Fax: (305) 779-3561

By: s/Martha R. Mora
Martha R. Mora
Florida Bar No. 648205
mmora@arhmf.com
mmora@arhmf-eservice.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF and U.S. Mail on September 20, 2018 on all counsel of record, including those on the attached Service List, and via U.S. Mail on Grove Fine Art Limited Liability Company and Via World Art Gallery, LLC.

s/Martha R. Mora
Martha R. Mora

**SERVICE LIST**

Danielle Croke
Assistant U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132

Michael Perry Mirer, Esq.
Law Office of Michael Mirer, P.A.
100 North Biscayne Boulevard
Suite 1300
Miami, Florida 33132