UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

LESLIE ROBERTS
Defendant.
_______________________________/

## ORDER OF REVOCATION

THIS CAUSE came before the Court on the United States Probation Officer's Superseding Petition for Warrant or Summons for Offender Under Supervision [D.E. #72]. The Court held a hearing on the Superseding Petition on September 14, 2018. At the hearing, Defendant admitted to violating conditions 14 through 21 of the Superseding Petition and the Government dismissed violations 1 through 13 of the Superseding Petition. After hearing the arguments of counsel and the Defendant's admission, the Court finds that Defendant has violated the terms and conditions of supervised release. Accordingly, it is

**ORDERED AND ADJUDGED** that the term of supervised release imposed by the Court is hereby **REVOKED.** Defendant Leslie Roberts is committed to the custody of the Bureau of Prisons for a term of five (5) months. Upon release from imprisonment, the Defendant shall be **REINSTATED** to supervised release for a term of two (2) years.

It is further **ORDERED** that all previously imposed conditions of supervision remain in full force and effect. Defendant shall continue to make restitution payments.

**DONE AND ORDERED** at Miami, Florida, this 19th day of September, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record/Probation