**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 14-CR-20884-KMW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**LESLIE HOWARD ROBERTS,**

**Defendant,**

**and**

**CITIBANK, N.A.,**

**Garnishee.**

# ANSWER OF GARNISHEE, CITIBANK, N.A., TO WRIT OF GARNISHMENT

Garnishee, CITIBANK, N.A., by and through its undersigned attorneys, and pursuant to 28 USC 3205 and Fla. Stat. 77.01, et seq., files this answer to the Writ of Garnishment dated SEPTEMBER 11, 2018 (hereafter the "Answer") having been served by Plaintiff on SEPTEMBER 17, 2018, and states:

1. According to the records of CITIBANK, N.A., it was not indebted to the Defendant, **LESLIE ROBERTS a/k/a LESLIE HOWARD ROBERTS a/k/a HOWARD ROBERTS and/or VIA WORLD ART GALLERY, LLC and/or EUROPEAN FASHION OUTLET, LLC and/or VIA ART GALLERY, INC.** (hereinafter "Defendants"), at the time of the service of the Writ of Garnishment, or at the time of this answer, or at any time between such times.

2. According to the records of CITIBANK, N.A., the Defendant maintained the following account(s) with CITIBANK, N.A.:

(a) Account No.: ******2149, Title: LESLIE H. ROBERTS, this account was closed on 01/31/2015.

(b) Account No.: ******2152, Title: LESLIE H. ROBERTS, this account was closed on 04/18/2014.

(c) Account No.: ******2019, Title: SILVIA CASTRO and LESLIE H. ROBERTS, this account was closed on 07/19/2011.

(d) Account No.: ******3824, Title: EUROPEAN FASHION OUTLET LLC DBA EUROPEAN FASHION, this account was closed on 08/31/2017.

(e) Account No.: ******3304, Title: EUROPEAN FASHION OUTLET LLC DBA EUROPEAN FASHION, this account was closed on 07/31/2017.

3. CITIBANK, N.A. has no tangible or intangible personal property of the Defendant in its possession or control at the time of this Answer nor at the time of service of the Writ of Garnishment or at any time between said service and the time of this Answer.

4. Other than what is listed above, CITIBANK, N.A. does not have knowledge of any other address for the Defendant. CITIBANK, N.A. does not have knowledge of any other person indebted to the Defendant or who may be in possession or control of any property of the Defendant.

5. CITIBANK, N.A. is unaware of any other person who has or appears to have an ownership interest in any property of the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2018, I electronically filed the foregoing with the Clerk of Court by using the ECF System. I further certify that the foregoing document was electronically filed to the following parties: Clerk, United States District Court, Southern District, 400 N. Miami Ave., 8th Floor, Miami, FL 33128; Danielle Croke, Esq., Assistant U.S. Attorney; 99 N.E. 4th Street, Suite 300, Miami, FL 33132; Michael Perry Mirer; Esq., Law Office of Michael Mirer, P.A., 100 North Biscayne Boulevard, Suite 1300, Miami, Florida 33132.

ADAMS AND REESE LLP

BY: /s/ Louis M. Ursini, III

Louis M. Ursini, III
Florida Bar No. 355940
Primary: Louis.Ursini@arlaw.com
Secondary: Mary.Davis@arlaw.com
Christopher Roach
Florida Bar No. 0049033
101 East Kennedy Blvd., Suite 4000
Tampa, Florida 33602
Tel: 813-402-2880
Fax: 813-402-2887
Attorney for Garnishee, Citibank, N.A.