**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-CR-20884-KMW**

UNITED STATES OF AMERICA,
Plaintiff,

vs.

LESLIE HOWARD ROBERTS,
Defendant,

______________________________________________/

**STIPULATION REGARDING RESTITUTION**

Plaintiff, United States of America ("United States") and Defendant, Leslie Howard Roberts, stipulate and agree to the following regarding restitution:

1. On June 16, 2015, the Court imposed Judgment in a Criminal Case against the defendant, Leslie Roberts, to include an assessment in the amount of $100.00 and deferred the imposition of the restitution judgment. (D.E. 37). On March 8, 2016 an Amended Judgment in a Criminal Case was imposed against the defendant ordering him to pay restitution in the amount of $41,370.00, plus statutory interest. (D.E. 50). Finally, on October 10, 2017, another Amended Judgment in a Criminal Case was imposed modifying the restitution amount to $175,800.00, plus statutory interest. (D.E. 59).

2. The Defendant agrees that he shall pay the total principal balance owed in the amount of $133,400.16 by March 8, 2019. To make the payment, the Defendant agrees that the United States will simultaneously with the filing of this Stipulation file an Unopposed Motion for Disposition of the Writ of Garnishment issued to Apollo Bank. [D.E. 92]. Within fourteen (14) days after the United States has received the funds from Apollo Bank, it will inform the Defendant

of the remaining principal balance owed. Once the monies have been disbursed from Apollo Bank pursuant to the Writ of Garnishment, the Defendant will pay the remaining principal balance by March 8, 2019. The payment shall be made by cashier's check, money order or attorney's trust account check, be made payable to "U.S. Courts", reference "*U.S. v. Leslie Howard Roberts*, Case No. 14-CR-20884-KMW, Restitution" and be mailed or delivered to 400 N. Miami Avenue, Room 8N09, Miami, FL 33128. Alternatively, Defendant shall have the remaining principal balance paid via wire transfer to the Clerk of Court, United States District Court, Southern District of Florida pursuant to the wire transfer instructions provided separately. The payment will be applied to Leslie Howard Roberts' restitution judgment in Case No. 14-CR-20884-KMW.

3. Once Defendant has paid the full $133,400.16as described in paragraph 2 above and the funds have cleared the bank, the United States will waive the accrued interest in the amount of $1,184.49 record a release of lien and file a satisfaction of the judgment.

4. Should the Defendant fail to pay the full $133,400.16 by March 8, 2019 as described in paragraph 2 above, the United States will not waive the accrued interest and the United States will reschedule the Debtor's Examination of Silvia Castro. Furthermore, the United States will pursue all enforcement actions to satisfy the judgment including writs of garnishment, writs of execution, foreclosures and any other available remedies.

Dated: ~~January~~ Feb 5, 2019

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By: ______________________
Danielle N. Croke
Assistant U.S. Attorney
Florida Bar No. 0723258

By: ______________________
Jason Wandner, Esquire
Jason M. Wandner, P.A.
Florida Bar No. 114960

99 N. E. 4th Street, Suite 300
Miami, FL 33132-211
Telephone No. (305) 961-9420
Fax No. (305) 530-7193
E-mail: danielle.croke@usdoj.gov
Counsel for United States of America

100 Biscayne Blvd., Ste. 1607
Miami, FL 33132
Telephone: (305) 868-1655
Fax No. (305) 503-7480
E-mail: jason@wandnerlaw.com
Counsel for Jason Wandner

Leslie Howard Roberts

Leslie Howard Roberts, Defendant
Dated: 1-14-19