**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-CR-20884-KMW**

UNITED STATES OF AMERICA,
Plaintiff,

vs.

LESLIE HOWARD ROBERTS,
Defendant,

______________________________/

**ORDER APPROVING STIPULATION REGARDING RESTITUTION**

THIS CAUSE having come before the Court upon the Plaintiff, the United States and the Defendant, Leslie Howard Roberts' Stipulation Regarding Restitution and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the parties' Stipulation Regarding Restitution is hereby APPROVED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of February, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record