UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESLIE ROBERTS,

    Defendant,

and

APOLLO BANK,

    Garnishee.
_____/

**GOVERNMENT'S UNOPPOSED MOTION FOR DISPOSITION
OF THE DEFENDANT'S NONEXEMPT INTEREST IN
THE PROPERTY IDENTIFIED BY THE GARNISHEE**

Plaintiff, by and through the undersigned counsel, respectfully moves, pursuant to 28 U.S.C. §3205(c)(7), for an Order of disposition of the judgment debtor's nonexempt interest in the property identified by the Garnishee, and then for dissolution of the Writ of Garnishment. In support thereof, Plaintiff states the following:

1. On September 11, 2018, the Clerk of Court issued a Writ of Garnishment to Garnishee Apollo Bank, directing it to withhold from the Defendant Leslie Howard Roberts any property in its possession, custody or control, in which Leslie Howard Roberts has a substantial nonexempt interest (DE 92).

2. The Writ was issued pursuant to the Federal Debt Collection Procedure Act (FDCPA), 28 U.S.C. § 3001, et seq., for the purpose of securing payment of the October 10, 2017 Amended Judgment in a Criminal Case. (D.E. 59)

3. Pursuant to the Writ of Garnishment directed to Apollo Bank, (DE 92), on September 20, 2018, the Garnishee filed an Answer identifying the following assets in its possession in which the Defendant has a substantial nonexempt interest. (D.E. 94):

- Garnishee is holding the amount of $16,758.22 by virtue of three business accounts in the name of Grove Fine Art Limited Liability Company (account nos. xxxx8020 in the amount of $13,217.53; xxxx5131 in the amount of $139.48; xxxx7500 in the amount of $3,401.21).

- Garnishee is holding the amount of $170.42 by virtue of a business account in the name of Via World Art Gallery, LLC (account no. xxxx8279).

4. Although copies of the Motion for Writ of Garnishment, the Writ of Garnishment, and the instructions required by 28 U.S.C. § 3205(c)(3)(B), were sent by U.S. mail upon the Defendant Leslie Howard Roberts on September 13, 2018 (D.E. 100), neither the Defendant, nor any other interested person has filed a written objection or requested a hearing.

5. Plaintiff requests that the Court direct Apollo Bank, to liquidate the following:

- The three business accounts in the name of Grove Fine Art Limited Liability Company bearing account numbers, xxxx8020; xxxx5131; and xxxx7500.

- The business account in the name of Via World Art Gallery, LLC bearing account number xxxx8279).

and deposit the funds with the Clerk of the Court, which will be applied toward the Defendant's restitution judgment. The payment into the Court's Restitution Fund shall be made by cashier's check, corporate check, money order or attorney's trust check. The check should be made payable to "U.S. Courts" and shall be delivered by U.S. mail or otherwise to U.S. District Court, 400 North

Miami Avenue, Room 8N09, Miami, Florida 33128 and reference "U.S. v. Leslie Howard Roberts, Case No. 14-20884-CR-WILIAMS, Restitution."

6. Pursuant to the agreement reached in the parties' Stipulation Regarding Restitution [D.E. 106], the Defendant, Leslie Roberts, does not oppose this Motion.

WHEREFORE, the Government respectfully request, an order of disposition as set forth above. Once the monies have been deposited with the Clerk of the Court, Plaintiff submits that the Writ of Garnishment (DE 92) should be dissolved.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


By: */s/Danielle Croke*
Danielle Croke,
Assistant U.S. Attorney
Fla. Bar No.: 0723258
99 N.E. 4th Street, Suite 300
Miami, FL  33132-2111
Telephone No.:  (305) 961-9420
Fax No.: (305) 530-7139
E-mail: danielle.croke@usdoj.gov
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filling generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Danielle Croke*
Danielle Croke
Assistant U.S. Attorney

## SERVICE LIST

Apollo Bank
Attn: Marisol Vilasuso Esq.
2525 Ponce De Leon Blvd., PH 1225
Coral Gables, FL 33134
Garnishee
U.S. Mail

Martha Rosa Mora
Avila Rodriguez Hernandez Mena & Ferri
2525 Ponce de Leon Blvd.
Penthouse 1225
Coral Gables, FL 33134
Email: mmora@arhmf.com
Garnishee
CM/ECF

Jason Wandner
LAW OFFICES OF JASON M. WANDNER, P.A.
Miami-Dade Office
New World Tower
100 N. Biscayne Boulevard
Suite 1607
Miami, Florida 33132
E-mail: jason@wandnerlaw.com
US Mail

Case 1:14-cr-20884-KMW Document 108 Entered on FLSD Docket 02/06/2019 Page 5 of 5