UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,
Plaintiff,
vs.

LESLIE ROBERTS,
Defendant.
________________________________/

**CORRECTED MOTION FOR DISBURSEMENT OF BOND**
*(Depositor's name)*

The undersigned respectfully states to this Honorable Court that the above-named defendant has been remanded into Federal Custody. Sylvia Castro the wife of the defendant had pledged her funds to satisfy the bond. As such, undersigned hereby requests that the defendant's cash bond heretofore posted by SILVIA ROBERTS in the amount of **$5000.00** plus any accrued interest be refunded to: SILVIA ROBERTS. Undersigned Counsel contacted Assistant United States Attorney, Christopher Browne who indicated that he objects to this motion.

Respectfully submitted,

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No. 0119490
Attorney for the Defendant
100 N Biscayne Blvd, Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Christopher Browne, AUSA,** on this 12th day of February, 2019.

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,
Plaintiff,
vs.

LESLIE ROBERTS,
Defendant.
_______________________________/

**ORDER ON DEFENDANT'S**
**MOTION FOR DISBURSEMENT OF BOND**

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Unopposed Motion for Disbursement of Bond and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion for Disbursement of Bond is hereby________________________.

______________________________________________________________________________

______________________________________________________________________________

**DONE AND ORDERED** in Miami-Dade, this _________ day of ________________ 2019.

_____________________________________
U.S. DISTRICT COURT JUDGE

cc: Michael Mirer, Esq.
Christopher Browne, AUSA