UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS/TORRES

UNITED STATES OF AMERICA,
Plaintiff,
vs.

LESLIE ROBERTS,
Defendant.
_______________________________/

**CORRECTED ORDER ON DEFENDANT'S CORRECTED MOTION FOR DISBURSEMENT OF BOND**

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Motion for Entry of Corrected Disbursement of Bond and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's Corrected Motion for Disbursement of Bond is hereby **GRANTED**. The Clerk shall disburse $5000 plus any accrued interest to the order of **Silvia Castro**.

**DONE AND ORDERED** in Miami-Dade, this 28th day of FEBRUARY 2019.

**EDWIN G. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

cc: Michael Mirer, Esq.
Christopher Browne, AUSA