UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,
Plaintiff,
vs.

LESLIE ROBERTS,
Defendant.
_______________________________/

**AMENDED ORDER ON DEFENDANT'S CORRECTED MOTION FOR DISBURSEMENT OF BOND**

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Corrected Motion for Disbursement of Bond and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's Corrected Motion for Disbursement of Bond is hereby granted. The Disbursement of $5000 plus any accrued interest be paid to ***Silvia Roberts.***

**DONE AND ORDERED** in Miami-Dade, this __5th__ day of __MARCH__ 2019.

**EDWIN G. TORRES**
**U.S. MAGISTRATE JUDGE**