# MINUTE ORDER



## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6** Date: 5/6/2019 Time: 2:00 p.m.

Defendant: LESLIE ROBERTS J#: 19733-004 Case #: 14-20884-CR-WILLIAMS

AUSA: Christopher Browne Attorney: Jason Wandner, Temp

Violation: VIOLATION OF SUPERVISED RELEASE Surr/Arrest Date: 5/4/2019 YOB: 1962

Proceeding: Initial Appearance CJA Appt: ____

(Bond)/PTD Held: X Yes ○ No Recommended Bond: ____

Bond Set at: ____ Co-signed by: ____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
- Deft advised of rights
- Jason Wandner filed temp app
- Gvt req no bond
- S/A Robert Giczy sworn & Testified
- Court orders deft detained
- Detention hrg was held

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| (Report RE Counsel:) | 5/10 | 10am | Duty | MIA |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |

~~Status Conference RE~~: ProbabkCause Hrg set 5/10 @ 10am before Duty/MIA

D.A.R. 14:23:09 | 14:40:07 | 15:11:39 Time in Court: 33 mins

s/Jacqueline Becerra Magistrate Judge