UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**WAIVER OF PROBABLE CAUSE HEARING**

Leslie Roberts, Defendant.
_____/

I, _Leslie Roberts_, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to __a probable cause hearing__.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on __5/10/19__, my right to __a probable cause hearing__.

DATED: __5/10/19__

_____
Defendant

_____
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to __a probable cause hearing__.

DATED this __10th__ day of __May__, 20__19__, at __Miami__, Southern District of Florida.

TAPE NO.:_____

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel, Probation, U.S. Marshal