**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-20884-CR-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**LESLIE ROBERTS, JR.,**

**Defendant.**
_______________________________________/

# GOVERNMENT'S UNOPPOSED MOTION TO RESCHEDULE FINAL REVOCATION HEARING

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court re-set Defendant Leslie Roberts, Jr.'s June 6, 2019 final revocation hearing. The government asks the Court to reschedule the hearing for May 24, 2019, based on the unavailability of both government counsel and defense counsel on June 6th. In support, the government states:

1. On February 5, 2015, the Defendant pled guilty to mail fraud charges in connection with a scheme to sell forged artworks. (Factual Proffer [ECF No. 15]). The Defendant was sentenced to a term of imprisonment of 22 months (Judgment [ECF No. 37]).

2. On July 10, 2018, the Defendant made his initial appearance before the Honorable Magistrate Judge Jonathan Goodman on a petition for revocation of supervised release (see [ECF No. 69]) (the "Initial Violations").

3. On September 14, 2018, at the Defendant's final hearing on the Initial Violations, the Defendant admitted that he continued to work in the art business, despite a related-concern restriction contained in the Defendant's judgment. (See [ECF No. 93] ("Defendant admits violations 14 thru 21 of the Superseding Petition"). The Court revoked the term of supervised

release and remanded the Defendant to the custody of the Bureau of Prisons for a term of five (5) months, to be followed by two (2) years of supervision with all previous conditions to remain in full force and effect. (See [ECF No. 95] ("Order of Revocation")).

4. Defendant was released in late-December 2018, and commenced the new two-year term of supervision. On or about May 5, 2019, the Defendant was arrested on new charges that he violated the terms of supervised release, including the related-concern restriction (the "Subsequent Violations"), and was ordered held without bail by the Honorable Magistrate Judge Jacqueline Becerra ([ECF No. 119]). The final revocation hearing on the Subsequent Violations was initially scheduled for May 17, 2019 ([ECF No. 120]), but was rescheduled by the Court for June 6, 2019 ([ECF No. 123]).

5. The undersigned is traveling abroad on a pre-planned family vacation during the week of June 1st. Accordingly, in order to resolve this case in a timely manner, the undersigned proposes moving the hearing date up to May 24, 2019.

6. Defense counsel agrees to the proposed rescheduling date, and notes that defense counsel will be available on May 24th. Defense counsel is unavailable on June 6th, however, and is currently set to appear in state court before Judge Seraphin that morning.

7. As noted, the government conferred with defense counsel of record, Jason Wandner, Esq., who does not oppose the relief sought herein.

WHEREFORE, the government respectfully requests that the Court reschedule the final revocation hearing for May 24, 2019.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Christopher B. Browne
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 91337
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9419
Facsimile: (305) 536-4699
E-mail: christopher.browne@usdoj.gov

## CERTIFICATE OF SERVICE AND CONFERRAL

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 20, 2019. I further certify that, pursuant to this Court's Local Rule 88.9(a) and prior to filing this motion, I conferred with defense counsel of record, who indicated that he does not oppose the relief sought herein.

/s/ Christopher B. Browne
Assistant United States Attorney