UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LESLIE ROBERTS,

    Defendant.
_____/

## SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment regarding assessment/fine/restitution imposed on June 15, 2015, against Leslie Roberts. The Clerk of the United States District Court of Southern Florida is authorized and empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

BY:    /s/ Danielle Croke
       Danielle Croke
       Assistant U.S. Attorney
       Fla. Bar No. 0723258
       99 NE 4th Street, Suite 300
       Miami, FL 33132-2111
       Tel: (305) 961-9420
       Fax: (305) 530-7195
       E-mail: danielle.croke@usdoj.gov