**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CASE NO.: 14-CR-20884-KMW

LESLIE HOWARD ROBERTS,

Defendants,

and

WELLS FARGO BANK, N.A.,
Garnishee.
______________________________________/

**GARNISHEE'S NOTICE OF AUTOMATIC DISSOLUTION OF WRIT**

Garnishee, WELLS FARGO BANK, N.A., through its undersigned attorneys, files this notice that the writ of garnishment served on Garnishee on August 30, 2018, is automatically dissolved and Garnishee is discharged from any liability under said writ pursuant to section 77.07(5), Florida Statutes, because more than six (6) months have passed since plaintiff filed the writ and plaintiff did not dismiss or extend the writ or move for final judgment on the writ within such six months.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, I electronically filed the foregoing with the Clerk of the United States District Court, by using the District Courts E-Filing Portal system, which will send a notice of electronic filing to Clerk, United States District Court, 400 N. Miami Avenue, 8th Floor, Miami, FL 33128; Danielle Croke, Assistant U.S. Attorney, 99 N.E. 4th Street, Suite 300, Miami, FL 33132, Attorney for Plaintiff; and Michael Perry Mirer, 100 N. Biscayne Blvd., Suite 1300, Miami, FL 33132, Attorney for Defendant.

*/s/W. Patrick Ayers*
W. Patrick Ayers, Esq.
Florida Bar No: 615625
**BURR & FORMAN LLP**
One Tampa City Center, Suite 3200
201 N. Franklin Street (33602)
Post Office Box 380
Tampa, Florida 33601-0380
(813) 221-2626 (telephone)
(813) 221-7335 (facsimile)
payers@burr.com (primary)
WF.FL.Garnishment@burr.com (primary)
clane@burr.com (secondary)
Attorneys for Garnishee, Wells Fargo Bank, N.A.