# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5            Date: 9/11/2019   Time: 2:00 p.m.

Defendant: LESLIE ROBERTS          J#: SUMMONS     Case #: 14-20884-CR-WILLIAMS
AUSA: Sean Cronin                              Attorney: Jason Wadner
Violation: VIOLATION OF SUPERVISED RELEASE       Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance                   CJA Appt:
Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond:
**Bond Set** $20,000 personal surety              Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*    Language: ENGLISH
- [x] *Report to PTS as directed*/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [x] *Other: All current conditions of supervised release incorporated*

Disposition:
Counsel appears Permanent.
The Court sets the STIPULATED bond.
All further proceedings before Judge Williams.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:16:31                          Time in Court: 2

s/Edwin G. Torres                                   Magistrate Judge