WELLS FARGO

Legal Order Processing S4001-01E
P.O. Box 29779
Phoenix, AZ 85038

FILED BY PG D.C.
SEP 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

September 11, 2019

United States District Court, Clerk
Clerk Of The Court
400 N Miami Ave., 8th Flr
Miami, FL 33128

Subject: Information needed to resolve legal case
Date issued:
Legal order amount: $175,800.00
Wells Fargo case number: 87109218
Your reference number: 14CR20884KMW
Judgment debtor: L ROBERTS

XM1G54 000019 2542155301 13 NNNNN NNNNN NNNNNN 000007 CXM 1TAA 000038

Dear Clerk Of The Court

We would like your help to resolve our case, which we processed on August 30, 2018. Please let us know the status of the Legal Order below, and return this letter by fax or mail within 14 days of the date of this letter.

**What you need to do**

1. Indicate the following:
   - ☐ Legal Order is Pending
   - ☐ Legal Order is closed and was satisfied on ______________.

   Comments: See attached document DE 135, dated 09/05/2019 - Garnishee's Notice of Automatic Dissolution of Writ on August 30 2018 is automatically dissolved and Garnishee is discharged from any liability under said writ pursuant to section 77.07(5).

2. Send this letter and information to us as follows:
   By fax to (866) 670-1561
   **Or**
   By mail to P.O. Box 29779 S4001-01E
   Phoenix, AZ 85038

If you have questions please call us at (480) 724-2000 Monday through Friday, 8 a.m. to 8 p.m. Eastern Time.

Thank you.

Sincerely,

Joe Medina

Joe Medina
Site Manager
Legal Order Processing