UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CR-20884-WILLIAMS

UNITED STATES OF AMERICA

    Plaintiff,

v.

LESLIE ROBERTS

    Defendant.
_____/

## **ORDER**

**THIS MATTER** came before the Court on November 8, 2019 on a Revocation of Supervised Release Hearing. At that hearing, the defendant contested the violation as set forth in the Petition dated September 4, 2019. After hearing arguments of counsel and testimony of witnesses, the Court finds -- as suggested by Defense counsel -- that Defendant's terms and conditions of supervised release should be modified. Accordingly, the Court modifies the terms of Defendant's supervised release with the following special conditions:

1. Financial Disclosure Requirement - The defendant shall provide complete access to financial information, including disclosure of all business and personal Finances, to the U.S. Probation Officer on a regularly scheduled basis.

2. In addition to the related concern Restriction, the Court Orders that the defendant is prohibited from visiting or entering any art galleries, frame shops, or any other places of business where art is displayed or sold. The defendant is prohibited from purchasing any new art, selling any art, or providing quotes or valuation on the potential value of any piece of art. The defendant is prohibited from visiting or entering any art museums or attending any art festivals or art exhibits. The defendant may not enter or visit his wife's gallery under any circumstances.

It is further **ORDERED** that all previously imposed conditions of supervision remain in full force and effect. Defendant advised of his right to appeal within 14 days from the date of this judgment.

**DONE AND ORDERED** at Miami, Florida, this 15th day of November 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of Record
USPO