**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:14-cr-20884-KMW-1**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LESLIE ROBERTS,

Defendant.
______________________________________/

**MOTION TO PERMIT DEFENDANT, LESLIE ROBERTS TO ASSIST UNDERSIGNED COUNSEL**
**IN SETTLING AN ART RELATED CIVIL LITIGATION**

COMES NOW, the Defendant, LESLIE ROBERTS, by and through his undersigned counsel, and hereby files this Motion to Permit Defendant to assist Undersigned counsel in settling an Art related Civil Litigation, and in support thereof, states as follows:

1. The Defendant is currently on supervised release in the instant matter, having been prosecuted and convicted for Art related frauds.

2. Under the terms of his supervised release, the Defendant is prohibited from engaging in any art related activities.

3. Undersigned counsel is currently representing the Defendant in a civil matter relating to art related transactions that predated his current supervised release in the case styled, *Eve Marie Storm Johnson v. Grove Fine Art, LLC*, Case number: 2019-009302-CA01.

4. Undersigned is negotiating with opposing counsel to try to resolve the civil dispute, which may include attempting to specifically perform certain transactions to make the Plaintiff whole.

5. Undersigned counsel will need Leslie Roberts to assist with attempting to communicate with third parties who are in possession of certain artwork in order to attempt to specifically perform certain art related transactions in dispute, thus Defendant requests this Court to modify the terms of supervised release in this regard. [1]

6. Undersigned counsel communicated with AUSA Christopher Browne who indicated he did not believe a Motion needed to be filed if Roberts was just paying money back, but paying money back is not necessarily the full gravamen of the settlement discussions which revolve around specific performance of certain terms thus the motion is warranted in an abundance of caution.

7. Undersigned has reached out to USPO Kip Jackson, who objects to the Motion.

---

[1] The Defendant will also be seeking to commensurately terminate his term of supervised release.

WHEREFORE, the Defendant respectfully request that this Court to grant the Motion.

Respectfully submitted,

JASON M. WANDNER, P.A.
*Counsel for the Defendant*
100 Biscayne Boulevard
Suite 1607
Miami, Florida 33132
Telephone: (305) 868-1655
Facsimile: (305) 503-7480
E-mail: jason@wandnerlaw.com

By: ___/s/Jason M. Wandner, Esq.
JASON M. WANDNER, ESQUIRE
Florida Bar No.: 114960

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing document was electronically filed with the Clerk CMF/E-Fling on this 30th day of November 2020 on all parties of record in the manner indicated on the Service List below:

Michael Perry Mirer, Esq.
Law Office of Michael Mirer, P.A.
100 North Biscayne Boulevard
Suite 1300
Miami, FL 33132
305-536-6177
Fax: 536-6179
Email: michael@mirerlaw.com

Amanda Perwin
US Attorney's Office
99 NE 4th Street
Miami, FL 33132
305-961-9061
Email: amanda.perwin@usdoj.gov

Christopher Barrett Browne
United States Attorney's Office
Southern District of Florida
99 Northeast Fourth Street, 6th Floor
Miami, FL 33132-2111
305-961-9419
Fax: 305-530-7976
Email: christopher.browne@usdoj.gov

Danielle Nicole Croke
US Attorney's Office, Southern District of Florida
99 NE 4th Street
Miami, FL 33132
305.961.9420
Email: danielle.croke@usdoj.gov

Michelle B. Alvarez
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9088
Fax: 536-7599
Email: michelle.alvarez@usdoj.gov