**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:14-cr-20884-KMW-1**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LESLIE ROBERTS,

Defendant.
_______________________________________/

.

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRE-TRIAL RELEASE**

COMES NOW, the Defendant, LESLIE ROBERTS, by and through his Undersigned Counsel, and hereby files Defendant's Unopposed Motion to Modify Terms of his Pre-Trial Release, and in support thereof, states as follows:

1. The Defendant is currently on pre-trial release in the instant matter. One of the conditions of his pre-trial release is an Electronic Monitoring device and curfew supervised by the U.S. Pretrial Services office.

2. Since his release from custody, the Defendant has remained in full compliance with his pre-trial conditions, with no reported violations.

3. The Defendant has ongoing health issues that require significant attention, and the removal of the GPS monitor and curfew will assist him in obtaining necessary medical care all the while keeping him gainfully employed while his case moves forward before the Court.

4. Undersigned Counsel has confirmed that both the Prosecutor and the Pre-trial services officer are not opposed to the relief sought.

WHEREFORE, the Defendant respectfully requests that this Court grant the foregoing motion and modify the conditions of pre-trial release and vacate the GPS and curfew obligations with the balance of the standard and special terms remaining in place.

Respectfully submitted,

JASON M. WANDNER, P.A.
*Counsel for the Defendant*
100 Biscayne Boulevard
Suite 1607
Miami, Florida 33132
Telephone: (305) 868-1655
Facsimile: (305) 503-7480
E-mail: jason@wandnerlaw.com

By: ___/s/Jason M. Wandner, Esq.
JASON M. WANDNER, ESQUIRE
Florida Bar No.: 114960

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing Motion was electronically filed with the Clerk CMF/E-Fling on this 15th day of July, 2025, on all parties of record.

___/s/Jason M. Wandner, Esq.
JASON M. WANDNER, ESQUIRE
Florida Bar No.: 114960